172 So.2d 541

**Juanita LEE et al.**

v.

**CITY OF BIRMINGHAM.**

6 Div. 184.

Supreme Court of Alabama.

Feb. 18, 1965.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, Norman C. Amaker and Jack Greenberg, New York City, for petitioners.

J. Louis Wilkinson and Wm. C. Walker, Birmingham, for appellee.

GOODWYN, Justice.

Petition for writ of certiorari to the Court of Appeals. Petitioners were appellants in that court, seeking reversal of judgments rendered against them in cases involving violations of an ordinance of the City of Birmingham. The Court of Ap-

peals reversed said judgments and·rendered judgment discharging petitioners. 172 So. 2d 541.

Petitioners now advise that the' petition was "inadvertently filed * * * along with a brief" and that they "wish to·withdraw aforesaid petition and brief."

Petition dismissed.

LAWSON, MERRILL and COLEMAN, JJ., concur.